[No. 38287-0-I.    Division One.    August 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. J.C.W., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-06849-1, Anthony P. Wartnik, J., entered February 29, 1996. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 38352-3-I.    Division One.    August 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ALLEN EDWARDS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-00926-8, David F. Hulbert, J., entered March 21, 1996. *Affirmed* by unpublished opinion per Cox, J., concurred in by Coleman and Webster, JJ.

[No. 38514-3-I.    Division One.    August 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT W. BRINKS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-1-00787-7, David A. Nichols, J., entered March 29, 1996. *Reversed* by unpublished per curiam opinion.

[No. 38550-0-I.    Division One.    August 18, 1997.]

ELLINOR JAMES, *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-16677-6, Carol A. Schapira, J., entered March 29, 1996. *Reversed* by unpublished opinion per Ellington, J., concurred in by Coleman and Webster, JJ.